IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINA RENEE FUQUA, AIS # 179970, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:17-CV-389-RAH ) ) |
| JEFFERSON S. DUNN, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On May 22, 2020, the Magistrate Judge recommended that the Defendants' special report, (Doc. 19), now treated as a motion for summary judgment, be granted, and that this case be dismissed with prejudice. (Doc. 28.) The Plaintiff has not timely filed any objections. The Court has conducted an independent review of the Recommendation, *see* 28 U.S.C. § 636(b), and agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Recommendation (Doc. 28) is ADOPTED.

2. The Defendants' Special Report, treated as a Motion for Summary Judgment (Doc. 19), be GRANTED.

1

3.  Judgment be GRANTED in favor of the Defendants.

4.  This case be DISMISSED with prejudice.

DONE, this 17th day of June, 2020.

                                           /s/ R. Austin Huffaker, Jr.
                                      R. AUSTIN HUFFAKER, JR.
                                      UNITED STATES DISTRICT JUDGE